UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALRAJ GNANASIGAMANI, | No. 2:15-cv-01931-KJM-EFB |
| Plaintiff, | |
| v. | ORDER |
| SGS TESTCOM, INC., | |
| Defendant. | |

       This matter is before the court on plaintiff Amalraj Gnanasigamani's motion to file a First Amended Complaint to add a cause of action for discrimination under 42 U.S.C. § 1981. ECF No. 13 at 4. Defendants have filed a notice of non-opposition to plaintiff's motion. ECF No. 16. For reasons explained below, the court GRANTS plaintiff's motion.

       Rule 15 provides that leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). The Ninth Circuit has held that "'[t]his policy is to be applied with extreme liberality.'" *Eminence Capital, L.L.C. v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003) (quoting *Owens v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2001)). Leave to amend is not automatic, however. The Ninth Circuit considers a motion for leave to amend under five factors: bad faith, undue delay, prejudice to the opposing party, futility of amendment, and whether the plaintiff has previously amended the complaint. *Nunes v.*

1

1    *Ashcroft*, 375 F.3d 805, 808 (9th Cir. 2004).  The Ninth Circuit has held that "it is the

2    consideration of prejudice to the opposing party that carries the greatest weight." *Eminence*

3    *Capital*, 316 F.3d at 1052.  Further, the Ninth Circuit "differentiate[s] between pleadings

4    attempting to amend claims from those seeking to amend parties." *Union Pac. R. Co. v. Nevada*

5    *Power Co.*, 950 F.2d 1429, 1432 (9th Cir. 1991) (emphasis in original).

6          Here, the plaintiff filed the original complaint in Sacramento County Superior

7    Court and defendant removed the case to this court.  ECF No. 1.  At the time of the parties' pre-

8    trial scheduling conference, plaintiff advised defendant that plaintiff would seek to amend the

9    complaint to add a claim of discrimination under 42 U.S.C. § 1981.  Defendants have not opposed

10    the motion, the motion does not stem from bad faith, and the motion would not cause undue

11    delay.  Additionally, the motion is not prejudicial or futile, for defendants were informed in

12    advance of the amendment, and plaintiff has pleaded allegations to support the new claim.

13    Finally, this is plaintiff's first amendment, so this factor also favors amendment in this instance.

14          Accordingly, the court GRANTS plaintiff's motion to file a first amended

15    complaint. Plaintiff shall file the proposed First Amended Complaint as a separate document on

16    the court's docket of this case within seven (7) days.

17          This order resolves ECF No. 13.

18          IT IS SO ORDERED.

19    DATED:  June 9, 2016.

                                             UNITED STATES DISTRICT JUDGE